UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KRISTY SCHWARM, on behalf of herself and others similarly situated,

        Plaintiffs,

   v.

HENRY CRAIGHEAD, et al.,

        Defendants.

CIV. NO. S-05-1304 WBS GGH

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

    After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for September 26, 2005.

    The parties have agreed that all scheduling in this matter be left open pending a ruling as to class certification. The plaintiff is directed to file a motion for class certification by no later than December 30, 2005.

//

//

1    A further status conference is scheduled for February 17,
2 2006 at 9:00 a.m.
3    IT IS SO ORDERED.
4 DATED:  September 19, 2005.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE