Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@yahoo.com

(Additional Counsel on Signature Page)
Attorneys for Plaintiff
KRISTY SCHWARM

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY SCHWARM, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HENRY CRAIGHEAD, et al.<br><br>Defendants. | CIV. NO. 2:05-CV-01304-WBS-GGH<br><br>CLASS ACTION<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF CLASS DATA |

Plaintiff has submitted a Motion to Compel Production of Class Data, which defendants do not oppose.  Based on the representations in plaintiff's Motion, the pleadings on file herein, and good cause appearing therefore,

ITS IS HEREBY ORDERED that plaintiff's motion is granted.  Within one week from the date of this Order the parties shall meet and confer concerning a mutually agreeable computerized format for production of class data.  Within two weeks from the date of this Order, or at such other time as the parties may agree, defendants shall provide plaintiff a computerized file which shall include, at least, the following information for each class member:

    1.  Name.

    2.  Last known address and phone number.

Dated: 4/5/06			/s/ Gregory G. Hollows
                                _____
                                HONORABLE GREGORY G. HOLLOWS
                                Magistrate Judge, United States District Court