**Paul Arons, State Bar #84970**
**LAW OFFICE OF PAUL ARONS**
**685 Spring Street, #104**
**Friday Harbor, WA 98250**
**Tel: (360) 378-6496**
**Fax: (360) 378-6498**
**lopa@rockisland.com**

**Deepak Gupta, D.C. Bar # 495451**
(*pro hac vice*)
**PUBLIC CITIZEN LITIGATION GROUP**
**1600 20th Street, NW**
**Washington, DC 20009**
**Tel: (202) 588-1000**
**Fax: (202) 588-7795**
**dgupta@citizen.org**

**Attorneys for Plaintiff**
**KRISTY SCHWARM**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTY SCHWARM, on behalf of herself and others similarly situated,**<br><br>    Plaintiffs,<br><br>vs.<br><br>**HENRY CRAIGHEAD, et al.**<br><br>    Defendants. | CIV. NO. 2:05−CV−01304−WBS−GGH<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: April 24, 2006<br>Time: 9:00 a.m.<br>Courtroom 5 |

On February 10, 2006, during the course of a hearing on plaintiff's Motion for Class Certification, this Court set a status conference for April 24, 2006 at 9:00 a.m. On March 7, 2006, this Court filed its Order Re: Class Certification, in which it granted class certification, and set a further Status Conference for August 14, 2006 at 9:00 a.m. The parties are in the process of complying with the Court's order to provide notice to the class, and are otherwise proceeding with prosecution of the lawsuit. In light of their

STIPULATION AND REQUEST TO CONTINUE STATUS CONFERENCE: Page 1

PDF created with pdfFactory trial version www.pdffactory.com

progress on this case and the August 14, 2006 status conference, the parties do not see a need for a status conference on April 24, 2006, and request that it be vacated.

DATED: April 14, 2006          LAW OFFICES OF PAUL ARONS


                                           s/Paul Arons
                                Paul Arons
                                Attorneys for Plaintiff
                                KRISTY SCHWARM


DATED: April 14, 2006          LAW OFFICES OF RYAN & FONG


                                          /s/ Kelley Dowell
                                Kelley Dowell
                                Attorneys for Defendants

**IT IS SO ORDERED.**

The Status Conference previously set for April 24, 2006 is hereby vacated.


Dated: April 18, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND REQUEST TO CONTINUE STATUS CONFERENCE: Page 2

PDF created with pdfFactory trial version www.pdffactory.com