Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Deepak Gupta, D.C. Bar # 495451
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel: (202) 588-1000
Fax: (202) 588-7795
dgupta@citizen.org

Attorneys for Plaintiff
KRISTY SCHWARM



FILED

MAY 11 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| KRISTY SCHWARM, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HENRY CRAIGHEAD, et al.<br><br>Defendants. | CIV. NO. 2:05-CV-01304-WBS-GGH<br><br>CLASS ACTION<br><br>PLAINTIFF'S REQUEST FOR ORDER, AND ORDER APPROVING REVISED FORM OF CLASS NOTICE |
|---|---|

On March 7, 2006, this Court filed its Order Re: Class Certification, in which it ordered plaintiff to provide notice to the class meeting the requirements of Fed.R.Civ.P. 23(c)(2). Plaintiff and defendants, through their respective counsel, submitted a form of class notice to which they had agreed. After consultation with the Court, plaintiff is submitting a revised class notice, attached hereto as Exhibit 1. Defendant's counsel has reviewed and approved the form of this revised notice. Plaintiff requests that the Court approve this revised notice.

DATED: May 9, 2006                                    LAW OFFICES OF PAUL ARONS

s/Paul Arons

**IT IS SO ORDERED.**

The class notice attached hereto as Exhibit 1 meets the requirements of Fed.R.Civ.P. 23(c)(2) and the Court's March 7, 2006 order and the notice is hereby approved as to form.

Dated: May 10, 2006

/s/ William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| KRISTY SCHWARM, on behalf of herself and all others similarly situated, Plaintiffs, vs. HENRY CRAIGHEAD, et al., Defendants. | CIV. NO. 05-CV-01304-WBS-GGH NOTICE THAT A CLASS ACTION HAS BEEN BROUGHT TO BENEFIT YOU AND IS PENDING IN THE FEDERAL COURT IN SACRAMENTO |
|---|---|

## -- YOU ARE NOT BEING SUED --
## A CLASS ACTION LAWSUIT TO BENEFIT YOU HAS BEEN FILED IN THE FEDERAL DISTRICT COURT IN SACRAMENTO.

### Why Did I Get This Notice?

A class action lawsuit has been brought on your behalf against District Attorney Technical Services, Ltd. (DATS), and its founder and president, Henry Craighead.

Although you probably do not recognize their names, DATS' records show that between June 29, 2003 and March 4, 2006, DATS sent you at least one demand letter that said you were being criminally investigated by a district attorney's office for writing a bad check. The demand letter was printed on District Attorney "Check Restitution/Prosecution" letterhead. In the letter you were told to pay fees and attend a diversion class to avoid possible arrest and prosecution. This notice summarizes the lawsuit, your rights, and additional information you need to know.

### What Is This Lawsuit About?

Plaintiff Kristy Schwarm has sued the defendants for violating the Fair Debt Collection Practices Act and denying your rights under the Constitution and other laws. The defendants operate in connection with the district attorney's offices in more than two dozen counties in California. You probably do not recognize the defendants' names because their contacts with you were made in the name of a district attorney "Check Restitution/Prosecution" program . The demand letter said that the district attorney was investigating a criminal complaint that had been submitted against you, and you might be arrested if you did not pay various fees. There was also a requirement that you pay a fee to attend a class if you did not pay the other fees in the first fifteen days. If you made any calls to defendants to ask about the demand letter, you may have thought you were speaking to a district attorney's office, rather than a private

company. If you paid money, you probably thought you were paying the district attorney.

### What Is A Class Action and Who Is Involved?

In a class action lawsuit, one or more people called "Class Representatives" (in this case, Kristy Schwarm) sue on behalf of other people who have similar claims. The people together are called a "Class" or "Class Members." Ms. Schwarm—and all the Class Members like her—are called the Plaintiffs. The entities they sued (DATS and Henry Craighead) are called the defendants. One court resolves the issues for everyone in the Class—except for those people who choose to exclude themselves from the Class.

In this case, the Court has ruled that this lawsuit may proceed as a class action for all persons who wrote checks in California to whom the defendants mailed demands concerning dishonored checks from June 29, 2003 through March 4, 2006.

### What Does This Class Action Lawsuit Claim?

Ms. Schwarm claims that the defendants are debt collectors who impersonate the district attorney to scare people like you into paying unlawful fees. Ms. Schwarm also claims that the defendants threaten you with arrest and criminal prosecution to bully you into paying illegal collection fees. She claims that the bad check diversion programs are supposed to be used only for people who write checks that do not clear and who intend not to pay the check, not for people who mistakenly think their check is good. She filed this lawsuit to stop defendants from sending demand letters similar to those sent to you. Ms. Schwarm is also asking the Court to order defendants to pay back any money that they collected illegally.

The defendants deny that they have violated any laws. The Court has not decided who will win the lawsuit. By allowing this suit to proceed as a class action, the Court is not suggesting who will win or lose. Ms. Schwarm must prove her claims to be successful.

### What Happens If I Do Nothing At All?

You are already a member of the Class. You have the right to remain a Class Member or to exclude yourself from this lawsuit. You must decide this now.

If you want to be included as a Class Member and keep the possibility of receiving money or benefits from this lawsuit, you do not have to do anything. By doing nothing, you are staying in the Class. All the rulings made by the court will apply to you, and any settlement between the parties will include you, unless you are notified otherwise.

If you remain a Class Member, you may contact Class Counsel and tell them about any demands you received from defendants. **If you move or change your mailing address you**

should notify Class Counsel so that they can let you know of any settlement and/or send you any benefits that result from the lawsuit.

### Why Would I Want to Be Excluded From This Lawsuit?

You may not want to be part of this suit, for example, because you do not believe defendants did anything wrong, or you want to file your own lawsuit against defendants, or because you do not want to share in any funds that are recovered. If you want to start your own lawsuit against defendants, you should consult an attorney soon, because your claims are subject to a statute of limitations.

If you exclude yourself from the Class, you will have no further role to play in this lawsuit. For example, you will not be able to participate in hearings or object to the terms of any settlement. If you exclude yourself, you will have the right to bring an individual lawsuit against defendants, if you bring it within the time allowed by law. If you bring your own lawsuit against defendants and win, you might recover a larger amount of money than you may receive under this class action.

### How Do I Ask the Court to Exclude Me?

If you do not want to be part of this suit, you must write to Class Counsel, 155 W. Mayes, Suite C, Dixon, CA 95620 and clearly state your request to be excluded with a statement like :

"I want to be excluded from the Class in *Schwarm v. DATS.*"

Be sure to include your name and address, and sign the request. You may also email Class Counsel through the **www.schwarmclass.com** web site and state that you want to be excluded from the Class. If you email a request to be excluded, be sure to include your name and address in the email.

Your request must be mailed or emailed **within 60 days from the postmark** on this notice. If you want to discuss excluding yourself with Class Counsel, please call 1-877-754-1766, or send email through the **www.schwarmclass.com** web site.

### Do I Have A Lawyer In This Case?

The Court has decided that the following lawyers are qualified to represent you and all the Class Members. Paul Arons, Redding, CA, O. Randolph Bragg, Chicago, IL, Scott Shoblom, Santa Rosa, CA and Ronald Wilcox, San Jose, CA. Together, these lawyers are called "Class Counsel." They are experienced in handling similar cases. Deepak Gupta, Washington, D.C., of Public Citizen, a national non-profit public interest organization, www.citizen.org is also assisting in this lawsuit.

If this lawsuit is successful, Class Counsel will seek an award of attorney's fees from the Court either from the defendants or from money that is recovered from defendants. *You will not personally have to pay any fees, costs or expenses of this lawsuit, but attorney's fees, costs and expenses may be awarded to Class Counsel by the Court out of any recovery made in this lawsuit on your behalf*

### How Can I Get More Information About This Lawsuit?

More information about this lawsuit is available at **www.schwarmclass.com**. If you do not have Internet access or would like additional information, you may contact class counsel by calling the toll-free number **1-877-754-1766**, emailing through **www.schwarmclass.com** or by writing to:

Schwarm Class Counsel
Class Action Administrator
155 W. Mayes, Suite C
Dixon, CA  95620.

You may also write to:

Paul Arons
LAW OFFICE OF PAUL ARONS
685 Spring St., #104
Friday Harbor, WA 98250

You may review the Complaint and the Class Certification Order at **www.schwarmclass.com**.   These and the other court papers filed in this case are available for inspection in the Office of the Clerk, United States District Court for the Eastern District of California, Room 4-200, 501 I Street, Sacramento, California.

**Please do not call the Judge or Clerk of the Court. They will not be able to give you advice about this case. You may call the toll-free number 1-877-754-1766 if you have questions.**

**CLERK OF THE COURT**
**United States District Court**
**Eastern District of California**
**501 "I" Street, Room 4-200**
**Sacramento, CA 95814**