Paul Arons, State Bar #84970

LAW OFFICE OF PAUL ARONS

685 Spring Street, #104

Friday Harbor, WA 98250

Tel: (360) 378-6496

Fax: (360) 378-6498

lopa@rockisland.com

Deepak Gupta, D.C. Bar #495451

(*pro hac vice*)

PUBLIC CITIZEN LITIGATION GROUP

1600 20th Street, NW

Washington, DC 20009

Tel: (202) 588-1000

Fax: (202) 588-7795

dgupta@citizen.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY SCHWARM, et al, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HENRY CRAIGHEAD, et al.<br><br>Defendants. | CIV. NO. 2:05-CV-01304-WBS-GGH<br><br>CLASS ACTION<br><br>ORDER TO SHOW CAUSE RE: CONTEMPT<br><br>Date: 2/1/07<br>Time: 10:00 a.m.<br>Courtroom 24 |

ORDER TO SHOW CAUSE RE CONTEMPT: Page 1

The Court has considered the application of plaintiff Kristy Schwarm for an order to show cause re: contempt and is satisfied that the application presents sufficient grounds for contempt by Savemart, Inc. for failing to fully comply with the subpoena duces tecum served upon it, dated June 29, 2006, attached as Exhibit 1 to Plaintiff's Application for Order to Show Cause Re: Contempt.

WHEREFORE, plaintiff's application for an order to show cause is granted. Savemart, Inc., shall appear before Magistrate Judge Gregory G. Hollows on February 1, 2007, at 10:00 a.m., in Courtroom 24 of the above-entitled Court, located 501 "I" Street, Sacramento, California to show cause, if any there be, why it should not be:

1. Adjudged in contempt of court.

2. Compelled to immediately produce all documents responsive to the subpoena duces tecum, dated June 29, 2006, attached as Exhibit 1 to Plaintiff's Application for Order to Show Cause Re: Contempt;

3. Compelled to designated representatives pursuant to Fed.R.Civ.P. 30(b)(6), to be examined on the subjects set forth in Attachment A to the subpoena duces tecum, dated June 29, 2006, attached as Exhibit 1 to Plaintiff's Application for Order to Show Cause Re: Contempt, at a time and place designated by plaintiffs;

4. Ordered to pay the reasonable attorneys' fees and costs incurred in connection with obtaining an order of contempt.

DATED: 1/8/07                    /s/ Gregory G. Hollows

_____
Honorable Gregory G. Hollows
Magistrate Judge, United States District Court

Schwarm.ord2