Paul Arons, State Bar #84970

LAW OFFICE OF PAUL ARONS

685 Spring Street, #104

Friday Harbor, WA 98250

Tel:  (360) 378-6496

Fax: (360) 378-6498

lopa@rockisland.com


Deepak Gupta, D.C. Bar #495451

(*pro hac vice*)

PUBLIC CITIZEN LITIGATION GROUP

1600 20th Street, NW

Washington, DC 20009

Tel:  (202) 588-1000

Fax: (202) 588-7795

dgupta@citizen.org


Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY SCHWARM, et al, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HENRY CRAIGHEAD, et al.<br><br>Defendants. | CIV. NO. 2:05-CV-01304-WBS-GGH<br><br>CLASS ACTION<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO VACATE ORDER TO SHOW CAUSE RE: CONTEMPT<br><br>Date: February 1, 2007<br>Time:<br>Courtroom |

The Court has considered the request of plaintiff Kristy Schwarm to vacate the Order to Show Cause Re: Contempt issued in this action on January 8, 2007 in connection with the failure of Savemart, Inc. fully to comply with the subpoena duces tecum served upon it, dated June 29, 2006.   Based upon the representations in the application,

IT IS HEREBY ORDERED that the Order to Show Re: Contempt issued in this action on January 8, 2007 is hereby vacated.

DATED: 1/16/07

/s/ Gregory G. Hollows
_____
Honorable Gregory G. Hollows
Magistrate Judge, United States District Court