**Paul Arons, State Bar #84970**
**LAW OFFICE OF PAUL ARONS**
**685 Spring Street, #104**
**Friday Harbor, WA 98250**
**Tel:  (360) 378-6496**
**Fax: (360) 378-6498**
**lopa@rockisland.com**

**Deepak Gupta, D.C. Bar #495451**
**(*pro hac vice*)**
**PUBLIC CITIZEN LITIGATION GROUP**
**1600 20th Street, NW**
**Washington, DC 20009**
**Tel:  (202) 588-1000**
**Fax: (202) 588-7795**
**dgupta@citizen.org**

**(Additional Counsel on Signature Page)**

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTY SCHWARM, on behalf of herself and others similarly situated,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**HENRY CRAIGHEAD,**<br><br>**Defendants.** | **CIV. NO. 2:05−CV−01304−WBS−GGH**<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE FOR HEARING OF PLAINTIFFS' MOTION TO AMEND CLASS CERTIFICATION TO ADD CLASS REPRESENTATIVES**<br><br>**Date: May 29, 2007**<br>**Time: 1:30 p.m.**<br>**Courtroom 5** |

Having considered the request of plaintiff's co-counsel Paul Arons that he be allowed to appear by telephone at the hearing on Plaintiffs' Motion to Amend Class Certification to Add Class Representatives, and good cause appearing therefor,

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY ORDERED that the request is granted.  Plaintiffs' counsel shall be
2 available for a telephonic hearing on May 29, 2007 at 1:30 p.m., at (360) 378-6496,
3 unless otherwise notified by the Court.

Dated:  May 21, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order Granting ReqTelephoneAppearance 052107