**Paul Arons, State Bar #84970** .
**LAW OFFICE OF PAUL ARONS**
**685 Spring Street, #104**
**Friday Harbor, WA 98250**
**Tel:  (360) 378-6496**
**Fax: (360) 378-6498**
**lopa@rockisland.com**

**Deepak Gupta, D.C. Bar #495451**
**(*pro hac vice*)**
**PUBLIC CITIZEN LITIGATION GROUP**
**1600 20th Street, NW**
**Washington, DC 20009**
**Tel:  (202) 588-1000**
**Fax: (202) 588-7795**
**dgupta@citizen.org**

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTY SCHWARM, et al, on behalf of themselves and others similarly situated,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**HENRY CRAIGHEAD, et al.**<br><br>**Defendants.** | **CIV. NO. 2:05−CV−01304−WBS−GGH**<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO VACATE OR CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL, PENDING RULING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (proposed)** |

Having considered plaintiffs Kristy Schwarm, Patricia Foronda and Josann Ancelet *ex parte* application to continue or vacate the Final Pretrial Conference herein, currently set for November 19, 2007 at 2:00 p.m., and the trial, currently set for January 29, 2008 at 9:00 a.m., pending a ruling on plaintiffs' Motion for Partial Summary Judgment, and good cause appearing therefore,

IT IS HEREBY ORDERED that the application is granted. **The Final Pretrial Conference is continued to April 21, 2008 at 2:00 p.m..  The Jury Trial is continued to June 3, 2008 at 9:00 a.m.**

Dated:  November 19, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

OrderGrantingSecondReqContinueTrial111407(proposed).doc