1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                        ----oo0oo----

11  KRISTY SCHWARM, PATRICIA
    FORONDA, and JOSANN ANCELET,
12  on behalf of themselves and
    others similarly situated,
13                                    NO. CIV. 05-01304 WBS GGH
            Plaintiffs,
14
        v.                                    ORDER
15
    HENRY CRAIGHEAD, an individual,
16  DISTRICT ATTORNEY TECHNICAL
    SERVICES, LTD., a Nevada
17  Corporation, dba COMPUTER
    SUPPORT SERVICES, aka CHECK
18  RESTITUTION/PROSECUTION PROGRAM,
    JOHN Q. LAWSON, an individual,
19  MARY A. CHASE, an individual;
    and DOES 1 through 20,
20  inclusive,

21          Defendants.

22
                          ----oo0oo----
23

24          The court presently has plaintiffs' Motion for Summary

25  Judgment under consideration.  Defendant Henry Craighead has now

26  filed a "Request for Summary Judgment to Dismiss," which the

27  court will construe as a motion for summary judgment.  Plaintiffs

28  shall submit their opposition to defendant's motion no later than

                                1

March 31, 2008, and defendant shall submit any reply no later

than April 7, 2008.  The court will take both plaintiffs' and

Craighead's motions under submission.  E. Dist. of Cal. Local R.

78-230(h).

DATED:  March 12, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE