UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KRISTY SCHWARM, PATRICIA FORONDA, and JOSANN ANCELET, on behalf of themselves and others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>HENRY CRAIGHEAD, an individual, DISTRICT ATTORNEY TECHNICAL SERVICES, LTD., a Nevada Corporation, dba COMPUTER SUPPORT SERVICES, aka CHECK RESTITUTION/PROSECUTION PROGRAM, JOHN Q. LAWSON, an individual, MARY A. CHASE, an individual; and DOES 1 through 20, inclusive,<br><br>   Defendants. | NO. CIV. 05-01304 WBS GGH<br><br>ORDER |

----oo0oo----

    The court presently has plaintiffs and defendant Henry Craighead's Motions for Summary Judgment under consideration. Plaintiffs' opposition to Craighead's Motion for Summary Judgment is due no later than March 31, 2008 and Craighead's Reply is due no later than April 7, 2008.  The Final Pretrial Conference is

currently set for April 21, 2008 at 2:00 p.m. and the jury trial is currently set for June 3, 2008 at 9:00 a.m.

     Plaintiffs now move _ex_ _parte_ to continue the Final Pretrial Conference and jury trial dates because the current schedule provides insufficient time for the parties to prepare for the Final Pretrial Conference and jury trial in light of this court's pending ruling on the parties' Motions for Summary Judgment.  The court finds that plaintiffs' inability to prepare for the Final Pretrial Conference and jury trial without a resolution to the parties' Motions for Summary Judgment provides the requisite good cause to modify this court's Pretrial Scheduling Orders.

     IT IS HEREBY ORDERED that the Final Pretrial Conference be continued to June 16, 2008 at 2:00 p.m. and the jury trial be continued to August 26, 2008 at 9:00 a.m.

DATED: March 27, 2008

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE