Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Deepak Gupta, D.C. Bar #495451
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel: (202) 588-1000
Fax: (202) 588-7795
dgupta@citizen.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY SCHWARM, et al, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HENRY CRAIGHEAD, et al.<br><br>Defendants. | CIV. NO. 2:05−CV−01304−WBS−GGH<br><br>CLASS ACTION<br><br>ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO VACATE OR CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL, PENDING RULING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ESTABLISHING DAMAGES (proposed) |

Having considered the motion of plaintiffs Kristy Schwarm, Patricia Foronda and Josann Ancelet, on their own behalf and on behalf of the class that they represent, to continue or vacate the Final Pretrial Conference herein, currently set for June 16, 2008 at 2:00 p.m., and the trial, currently set for August 26, 2008 at 9:00 a.m., pending a ruling on

plaintiffs' Motion for Partial Summary Judgment on Damages, and good cause appearing therefore,

IT IS HEREBY ORDERED that the motion is granted. The Final Pretrial Conference herein, currently set for June 16, 2008 at 2:00 p.m., and the trial, currently set for August 26, 2008 at 9:00 a.m., are vacated. Plaintiffs shall file their Motion for Partial Summary Judgment on Damages no later than June 13, 2008.

Dated:   June 9, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE