Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Deepak Gupta, D.C. Bar # 495451
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel:  (202) 588-1000
Fax: (202) 588-7795
dgupta@citizen.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY SCHWARM, PATRICIA FORONDA and JOSANN ANCELET, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HENRY CRAIGHEAD, et al.<br><br>Defendants. | CIV. NO. 2:05−CV−01304−WBS−GGH<br><br>CLASS ACTION<br><br>STIPULATION AND ORDER TO CONTINUE STATUS<br><br>Date:  August 9, 2010<br>Time:  2:00 p.m.<br>Courtroom 5 |

The Court has set a Status Conference in the above-entitled action, for **August 9, 2010** at 2:00 p.m. in Courtroom 5 of the United States District Court, Eastern District of California, located at 510 "I" Street, Sacramento, California.  The parties have agreed to continue the status conference to **September 20, 2010**, at 2:00 p.m., which

they have been advised is an available date and time, and request that that Court issue an order resetting the Status Conference accordingly.

**SO STIPULATED.**

DATED: July 20, 2010                    LAW OFFICES OF PAUL ARONS

                                                      s/Paul Arons
                                                     Paul Arons
                                                     Attorneys for Plaintiffs

DATED: July 20, 2010

                                                     /s/
                                                   Henry Craighead, pro se.
                                                   Defendant

**IT IS SO ORDERED.**

     The Status Conference previously set for August 9, 2010 at 2:00 p.m. is hereby continued to September 20, 2010 at 2:00 p.m.

     DATED: July 20, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE