1  Paul Arons, Cal. State Bar #84970
   Sharon Grace, Cal. State Bar #83527
2  LAW OFFICE OF PAUL ARONS
   685 Spring Street, #104
3  Friday Harbor, WA 98250
   Tel:  (360) 378-6496
4  Fax: (360) 378-6498
   lopa@rockisland.com
5

6  Deepak Gupta, D.C. Bar #495451
   (*pro hac vice*)
7  PUBLIC CITIZEN LITIGATION GROUP
   1600 20th Street, NW
8  Washington, DC 20009
   Tel:  (202) 588-1000
9  Fax: (202) 588-7795
   dgupta@citizen.org
10
   Attorneys for Plaintiffs
11

                        UNITED STATES DISTRICT COURT
12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13 | | |
|---|---|
14 | KRISTY SCHWARM, PATRICIA FORONDA and JOSANN ANCELET on behalf of themselves and others similarly situated, | CIV. NO. 2:05−CV−01304−WBS−GGH |
15 | | CLASS ACTION |
16 | Plaintiffs, | ORDER GRANTING REQUEST FOR TELEPHONE APPEARANCE FOR MOTION TO GRANT SUMMARY |
17 | vs. | JUDGMENT AGAINST DISTRICT ATTORNEY TECHNICAL SUPPORT, |
18 | HENRY CRAIGHEAD, et al. | LTD. AND TO ENTER JUDGMENT AGAINST ALL DEFENDANTS |
19 | Defendants. | |
20 | | Date:  March 14, 2011 Time: 2:00 p.m. Courtroom 5 |
21 | | |

22      The Court has considered plaintiffs' counsel Paul Arons request that he be allowed to

23 appear at the hearing on Plaintiffs Motion to Grant Summary Judgment Against District Attorney

24 Technical Support, Ltd. and to Enter Judgment Against All Defendants, set for March 14, 2011 at

25 **2:00 p.m.**  Good cause appearing therefore,

26

Civ. No. 05-1304 WBS-ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE: Page 1

1          IT IS HEREBY ORDERED that the request is granted.  The courtroom deputy shall

2    initiate the telephone conference to counsel at (360) 378-6496.

3

4

5

    DATED:  March 2, 2011

6

7                                                    WILLIAM B. SHUBB
                                                     UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Civ. No. 05-1304 WBS-ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE:**
**Page 2**