UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KRISTY SCHWARM, PATRICIA FORONDA, and JOSANN ANCELET, on behalf of themselves and others similarly situated,

    Plaintiffs,

  v.

HENRY CRAIGHEAD, an individual, DISTRICT ATTORNEY TECHNICAL SERVICES, LTD., a Nevada Corporation, dba COMPUTER SUPPORT SERVICES, aka CHECK RESTITUTION/PROSECUTION PROGRAM, JOHN Q. LAWSON, an individual, MARY A. CHASE, an individual; and DOES 1 through 20, inclusive,

    Defendants.

NO. CIV. 2:05-01304 WBS GGH

ORDER LIFTING STAY

----oo0oo----

    Defendant District Attorney Technical Services, Ltd. filed for Chapter 7 bankruptcy on August 7, 2006, resulting in an automatic stay of this action against that defendant pursuant to 11 U.S.C. § 362(a).  In a Final Decree issued by the Bankruptcy

1

1 | Court on October 20, 2010, the Bankruptcy Court noted that the
2 | Trustee had completed administration of the estate and the case
3 | was thereby closed.  Accordingly, pursuant to 11 U.S.C. §
4 | 362(c)(2)(A), the automatic stay as to District Attorney
5 | Technical Services, Ltd. is hereby lifted.
6 |         IT IS SO ORDERED.
7 | DATED: March 4, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE