1   **TIMOTHY J. RYAN, SBN 99542**
    **REBEKKA MARTORANO, SBN 173600**
2   **ANNA F. MOLANDER, SBN 217794**
    **THE RYAN LAW GROUP**
3   2379 Gateway Oaks Drive, Suite 100
    Sacramento, California 95833
4   Telephone:  (916) 924-1912
    Facsimile: (916) 923-3872
5   tryan@ryanlg.com
    rmartorano@ryanlg.com
6   amolander@ryanlg.com

7   Attorneys for Defendant
    DISTRICT ATTORNEY
8   TECHNICAL SERVICES, LTD.

9

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12                       SACRAMENTO DIVISION

13

14   KRISTY SCHWARM, on behalf of herself and)   Case No. 2:05-CV-1304-WBS-GGH
     others similarly situated,              )
15                                           )
                         Plaintiffs,         )   **ORDER GRANTING THE RYAN LAW**
16                                           )   **GROUP'S *EX PARTE* APPLICATION**
     v.                                      )   **FOR AN ORDER SHORTENING TIME**
17                                           )   **TO HEAR ITS MOTION TO**
     HENRY   CRAIGHEAD,   and   individual,) **WITHDRAW AS ATTORNEYS OF**
18   DISTRICT   ATTORNEY   TECHNICAL)  **RECORD**
     SERVICES, LTD., a Nevada corporation, d/b/a)
19   COMPUTER SUPPORT SERVICES, a/k/a)
     CHECK   RESTITUTION/PROSECUTION)
20   PROGRAM,   JOHN   Q.   LAWSON,   an)
     individual, MARY A. CHASE, an individual,)
21   DOES 1 through 20,                      )   Trial Date: September 25, 2007
                                             )   Complaint Filed: June 29, 2005
22                         Defendants.       )
     ────────────────────────────────────────)
23

24        Having considered The Ryan Law Group's *ex parte* application for an order shortening time

25   to hear its motion to withdraw as attorneys of record, and good cause appearing therefor

26   / / /

27   / / /

                                             1
28   ─────────────────────────────────────────────────────────────────────────
     **[PROPOSED] ORDER GRANTING THE RYAN LAW GROUP'S EX PARTE APPLICATION FOR AN**
     **ORDER SHORTENING TIME TO HEAR ITS MOTION TO WITHDRAW**
     **AS ATTORNEYS OF RECORD**

1        IT IS HEREBY ORDERED THAT the time to hear the Ryan Law Group's Motion to

2    Withdraw as Attorney's of Record be shortened, and that the hearing is set for March 14, 2011 at

3    2:00 p.m. before this court, after the hearing of Plaintiffs' motion for summary judgment.

4        Plaintiffs' opposition, if any, to said motion may be made orally at the hearing.

5

6    Date:  March 10, 2011

7

8    _____
     WILLIAM B. SHUBB

9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**[PROPOSED] ORDER GRANTING THE RYAN LAW GROUP'S EX PARTE APPLICATION FOR AN
ORDER SHORTENING TIME TO HEAR ITS MOTION TO WITHDRAW
AS ATTORNEYS OF RECORD**