UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KRISTY SCHWARM, PATRICIA FORONDA, and JOSANN ANCELET, on behalf of themselves and others similarly situated,

    Plaintiffs,

  v.

HENRY CRAIGHEAD, an individual, DISTRICT ATTORNEY TECHNICAL SERVICES, LTD., a Nevada Corporation, dba COMPUTER SUPPORT SERVICES, aka CHECK RESTITUTION/PROSECUTION PROGRAM, JOHN Q. LAWSON, an individual, MARY A. CHASE, an individual; and DOES 1 through 20, inclusive,

    Defendants.
_____/

NO. CIV. 05-01304 WBS GGH

ORDER RE: MOTION TO WITHDRAW

----oo0oo----

    The Ryan Law Group moved to withdraw as counsel for defendant District Attorney Technical Services, Ltd. on March 8, 2011. For the reasons discussed at the hearings on March 14, 2011 and March 28, 2011, the court will grant The Ryan Law Group's motion to withdraw as counsel.

1

Accordingly, The Ryan Law Group's motion to withdraw as counsel of record for District Attorney Technical Services, Ltd. is hereby GRANTED.

DATED:  April 4, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2