# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY SCHWARM, on behalf of herself and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>HENRY CRAIGHEAD, an individual, DISTRICT ATTORNEY TECHNICAL SERVICES, LTD., a Nevada corporation, d/b/a COMPUTER SUPPORT SERVICES, a/k/a CHECK RESTITUTION/PROSECUTION PROGRAM, JOHN Q. LAWSON, an individual, MARY A. CHASE, an individual, DOES 1 through 20,<br><br>    Defendants. | CIV. NO.   2:05-cv-1304-WBS-GGH |

## ORDER

Upon consideration of Plaintiffs' Motion to Extend Time to File Motion for an Award of Attorneys' Fees and Expenses,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.  Plaintiffs shall their Motion for an Award of Attorneys' Fees and Expenses on or before May 31, 2011.

DATED:  April 8, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE