Paul Arons, Cal. State Bar #84970
Sharon Grace, Cal. State Bar #83527
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Deepak Gupta, D.C. Bar #495451
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel:  (202) 588-1000
Fax: (202) 588-7795
dgupta@citizen.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY SCHWARM, PATRICIA FORONDA and JOSANN ANCELET on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HENRY CRAIGHEAD, et al.<br><br>Defendants. | CIV. NO. 2:05−CV−01304−WBS−GGH<br><br>CLASS ACTION<br><br>ORDER GRANTING REQUEST FOR TELEPHONE APPEARANCE FOR PLAINTIFFS' MOTIONS APPROVAL OF CLASS NOTICE, FOR REASONABLE ATTORNEYS' FEES AND COSTS, AND FOR CLASS MEMBER INCENTIVE AWARD, AND TO APPROVE PLAN OF DISTRIBUTION OF FUNDS;<br><br>Date:  July 5, 2011<br>Time: 2:00 p.m.<br>Courtroom 5 |

The Court has considered plaintiffs' counsel Paul Arons request that he be allowed to appear at the hearing on Plaintiffs Motion for Approval of Class Notice re: Motion for Reasonable Attorneys' Fees and Costs and for Class Member Incentive Award and to Approve

**Civ. No. 05-1304 WBS-ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE: Page 1**

Plan of Distribution of Funds, Motion for Reasonable Attorneys' Fees and Costs and for Class Member Incentive Award, and Motion and to Approve Plan of Distribution of Funds, set for July 5, 2011 at **2:00 p.m.**   Good cause appearing therefore,

     IT IS HEREBY ORDERED that the request is granted.

DATED:  June 16, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE